# EXHIBIT 1



UNITED STATES DEPARTMENT OF COMMERCE
The Secretary of Commerce
Washington, D.C. 20230

April 26, 2021

The President
The White House
Washington, DC 20500

Dear Mr. President:

In accordance with the provisions of Title 13, United States Code, Section 141(b), I am transmitting the statement showing the apportionment population for each of the 50 states on April 1, 2020, as ascertained by the Twenty-Fourth Decennial Census of the United States.

The enclosed table shows the apportionment population for each state, the number of Representatives to which each state is entitled based on the apportionment population, and the change (if any) since the 2010 Census in the number of Representatives for each state. The population of the District of Columbia is not included in the apportionment population.

The United States Census Bureau prepared these calculations using the existing size of the U.S. House of Representatives (435 members) and the Method of Equal Proportions, as provided for in Title 2, United States Code, Section 2a, enacted in 1929 and thereafter amended, as well as Title 2, United States Code, Section 2b, enacted in 1941. Under Section 2a, you are to send this information to the 117th Congress.

Respectfully,

Gina Raimondo

Enclosure

U.S. Department of Commerce
U.S. Census Bureau

APPORTIONMENT POPULATION AND NUMBER OF REPRESENTATIVES BY STATE: 2020 CENSUS

| STATE | APPORTIONMENT POPULATION (APRIL 1, 2020) | NUMBER OF APPORTIONED REPRESENTATIVES BASED ON 2020 CENSUS[2] | CHANGE FROM 2010 CENSUS APPORTIONMENT |
|---|---|---|---|
| Alabama | 5,030,053 | 7 | 0 |
| Alaska | 736,081 | 1 | 0 |
| Arizona | 7,158,923 | 9 | 0 |
| Arkansas | 3,013,756 | 4 | 0 |
| California | 39,576,757 | 52 | -1 |
| Colorado | 5,782,171 | 8 | 1 |
| Connecticut | 3,608,298 | 5 | 0 |
| Delaware | 990,837 | 1 | 0 |
| Florida | 21,570,527 | 28 | 1 |
| Georgia | 10,725,274 | 14 | 0 |
| Hawaii | 1,460,137 | 2 | 0 |
| Idaho | 1,841,377 | 2 | 0 |
| Illinois | 12,822,739 | 17 | -1 |
| Indiana | 6,790,280 | 9 | 0 |
| Iowa | 3,192,406 | 4 | 0 |
| Kansas | 2,940,865 | 4 | 0 |
| Kentucky | 4,509,342 | 6 | 0 |
| Louisiana | 4,661,468 | 6 | 0 |
| Maine | 1,363,582 | 2 | 0 |
| Maryland | 6,185,278 | 8 | 0 |
| Massachusetts | 7,033,469 | 9 | 0 |
| Michigan | 10,084,442 | 13 | -1 |
| Minnesota | 5,709,752 | 8 | 0 |
| Mississippi | 2,963,914 | 4 | 0 |
| Missouri | 6,160,281 | 8 | 0 |
| Montana | 1,085,407 | 2 | 1 |
| Nebraska | 1,963,333 | 3 | 0 |
| Nevada | 3,108,462 | 4 | 0 |
| New Hampshire | 1,379,089 | 2 | 0 |
| New Jersey | 9,294,493 | 12 | 0 |
| New Mexico | 2,120,220 | 3 | 0 |
| New York | 20,215,751 | 26 | -1 |
| North Carolina | 10,453,948 | 14 | 1 |
| North Dakota | 779,702 | 1 | 0 |
| Ohio | 11,808,848 | 15 | -1 |
| Oklahoma | 3,963,516 | 5 | 0 |
| Oregon | 4,241,500 | 6 | 1 |
| Pennsylvania | 13,011,844 | 17 | -1 |
| Rhode Island | 1,098,163 | 2 | 0 |
| South Carolina | 5,124,712 | 7 | 0 |
| South Dakota | 887,770 | 1 | 0 |
| Tennessee | 6,916,897 | 9 | 0 |
| Texas | 29,183,290 | 38 | 2 |
| Utah | 3,275,252 | 4 | 0 |
| Vermont | 643,503 | 1 | 0 |
| Virginia | 8,654,542 | 11 | 0 |
| Washington | 7,715,946 | 10 | 0 |
| West Virginia | 1,795,045 | 2 | -1 |
| Wisconsin | 5,897,473 | 8 | 0 |
| Wyoming | 577,719 | 1 | 0 |
| TOTAL APPORTIONMENT POPULATION[1] | 331,108,434 | 435 | |

[1] Includes the resident population for the 50 states, as ascertained by the Twenty-Fourth Decennial Census under Title 13, United States Code, and counts of U.S. military and federal civilian employees living overseas (and their dependents living with them overseas) allocated to their home state, as reported by the employing federal agencies. The apportionment population excludes the population of the District of Columbia. The counts of overseas personnel (and dependents) are used for apportionment purposes only.

[2] The U.S. Census Bureau prepared these calculations using the existing size of the U.S. House of Representatives (435 members) and the Method of Equal Proportions, as provided for in Title 2, United States Code, Sections 2a and 2b.